## ADVERSARY PROCEEDING COVER SHEET
### (Instructions on Reverse)

**ADVERSARY PROCEEDING NUMBER**
(Court Use Only)

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Andrew T. Morris | Federal Loan Service |

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

Andrew R. Tarry    573-651-8644
815 Independence St
Cape Girardeau, MO 63703

**ATTORNEYS** (If Known)

**PARTY** (Check One Box Only)

☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin
☐ Creditor ☐ Other
☐ Trustee

**PARTY** (Check One Box Only)

☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin
☒ Creditor ☐ Other
☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Debtor is seeking relief from Federal Loan Service for a substainal amount of student loan debt.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☒ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Andrew T Morris | BANKRUPTCY CASE NO.<br>20-41149 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Eastern District of Missouri | DIVISION OFFICE | NAME OF JUDGE<br>Surratt-States |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>04-17-20 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Andrew Morris |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| ANDREW T. MORRIS and | ) | |
| KATHERINE A. MORRIS, | ) | Case No.: 20-41149 |
| | ) | |
| Debtors, | ) | |
| | ) | |
| ANDREW T. MORRIS | ) | Adversary No.: _____ |
| | ) | |
| Plaintiff/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FEDERAL LOAN SERVICE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Serve: | ) | |
| James Preston, President and CEO | ) | |
| Federal Loan Service | ) | |
| 1200 N 7th St | ) | |
| Harrisburg, PA 17102 | ) | |

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN(S)

COMES NOW, the Plaintiff/Debtor Andrew T. Morris, by and through counsel, Andrew

R. Tarry, and for this complaint against the Defendant states as follows:

1. This is a core proceeding in which the Court has jurisdiction and authority

under 28 U.S.C. Section 157 to enter a final order or judgment.

2. Plaintiff/Debtor (hereafter "Debtor") filed a joint Petitioner with his

spouse seeking relief under Chapter 7 of the Bankruptcy Code on March 2, 2020.

3. One of the unsecured debts owing by the Debtor and listed in Schedule F

is a student loan owing to Defendant Federal Loan Servicing (hereafter "Defendant").

4. To the best of Debtor's knowledge, the holder of the student loans remains

as Federal Loan Servicing.

5.     Debtor is indebted to Defendant in an amount of $170,729.00, more or less.

6.     Debtor is currently employed by the Missouri Public Defender Office, earning a monthly income of $5,424.25 for his family of four.

7.     Debtor's position allows him to provide legal services to indigent individuals in the area, but limits Debtor's income.

8.     Debtor's student loan debt should be discharged based on the totality of the circumstances because said student loan would impose an undue hardship on the Debtor.

WHEREFORE, for the foregoing reasons, the Debtor respectfully requests that the Honorable Court determine the Debtor's student loans to be dischargeable on the basis that unless said debt is excepted from discharge that said debt will impose an undue hardship on the Debtor, and for such other and further relief as the Court deems just and proper in the circumstances.

Respectfully Submitted,
TARRY LAW FIRM, L.L.C.

/s/ Andrew R. Tarry
**Andrew R. Tarry - No. 53061**
815 Independence
Cape Girardeau, Missouri 63703
573-651-8644  Telephone
573-651-8636  Facsimile
tarrylawfirm@sbcglobal.net
Attorney for Plaintiff/Debtor